

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2018

No. 04-17-00638-CV

**SWIFT ENERGY OPERATING, LLC,**
Appellants

v.

**REGENCY FIELD SERVICES LLC**, Regency Energy Partners LP, Regency GP LP, and
Regency GP LLC,
Appellees

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-14-0029-CV-C
Honorable Janna K. Whatley, Judge Presiding

## ORDER

The Appellant's Unopposed First Motion to Extend Time to File Appellant's Reply Brief is hereby GRANTED. Time is extended to May 10, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court